FILED
JUNE 5, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 23 2009
Mar 23 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

    PLAINTIFF,

V.

PANASONIC CORPORATION OF AMERICA,

    DEFENDANT.

Civil Action No:

Jury Trial Requested

**09cv1786**
**JUDGE KENNELLY**
**MAG.JUDGE NOLAN**

COMPLAINT

**PLAINTIFF ALLEGES AND DECLARES THE FOLLOWING:**

1. Plaintiff, (Mr. Tony Colida ) is a citizen of Canada and resides at 750 Montpellier Blvd, Suite 1210, in the city of St. Laurent, District of Montreal, Quebec H4L 5A7 Canada, and Tel.: (514) 512-1888;

2. Defendant (Panasonic Corporation of America .) a duly incorporated company and having a business corporate offices at 5201 Tollview Drive, Rolling Medows, Illinois, 60008, U. S. A.;

3. At all relevant time, Defendant tranacts business by advertising, selling and producing directly or indirectly themselves or through their distributors, in the United States and elsewhere in the world including portable handset telephone in which the Defendant has committed acts of infringement on Plaintiff U.S. Design Patent No.: 321,184 for portable handheld telephone and is being sued upon this District;

4. This is an action for design patent infringement of Pro Se Plaintiff's U.S.Design Patent No.: 321,184;

5. Plaintiff is the inventor and owner of the United States Design Patent No.: 321,184;

6. On October 29, 1991 the United States Patent Commission granted Plaintiff U.S. Design Patent No.: 321,184 for an article of manufacture and produced herewith as Plaintiff's **Exhibit 1;**

7.  The said invention consisits of a new, original and ornamental design of an article for the manufacture of a portable handheld telephone;

**THE INFRINGEMENT:**

8.  On or about April of 2005 it came to Plaintiff's attention that the Defendant had already began to manufacture and sell in the United States a portable handheld telephone know as the Panasonic KX-TG 6502, the whole as appears morefully and produced as Plaintiff's **Exhibit 2;**

9.  Defendant's portable phone comforms to the distinctive design incorporated in Plaintiff's U.S.Design Patent No.: 321,184;

10. Defendant's portable telephone has met with wide acceptance and is being sold in the United States and else where in the world without permission or compensation to the Plaintiff;

11. Plaintiff has invested substantial amount of energy and money in the development and promotion of his U.S.Design Patent;

12. Plaintiff in his capacity has priority in connection to the distintive design incorporated in the Defendant's portable telephone;

13. Notwithstanding Plaintiff's U.S. Design Patent Defendant since a precise date unknow to Plaintiff but know to Defendant has infringed upon Plaintiff's rights under his Design Patent by directly or under its control authorization or instuctions is illegally and without authority, the Defendant's portable handheld phone infringes on Plaintiff's rights of his U.S. Design Patent;

14. More particulary Defendant portable handheld telephone infringes on Plaintiff's Design Patent in that it reproduces the "distinctive design" appearance incorporated in its telephone;

15. The sales of Defendant's portable phone is causing Plaintiff to suffer as well as damages to his clear rights. Moreover as a result of the said infringement Defendant is making illegal profits from the appropriation incorporated into Defendant's portable handheld telephone which may be impossible to prove and to quantify without this Honorable Court's assistance;

16. The full extent of Defendant's infringing activities is unknown to Plaintiff but is known to Defendant and therefore, Plaintiff claims all acts of infringement by Defendant past, present and future;

17. Plaintiff has been notified Defendant of the infringement and the Defendant has willfully and deliberately continued to infringe in flagrant disregard of Plaintiff's rights and a copy of the notice letter to Defendant is herewith produced as Plaintiff's **Exhibit 3,** and Defendant's letter to Plaintiff in which Defendant denies any infringement, and is produced as Plaintiff's **Exhibit 4;**

18. The damages caused to Plaintifff through the infringement of his U.S. Design Patent is estimated at one billion dollars but Plaintiff reserves his right to amend the quantum of damages suffered by him once the full extent of Defendant's infringement sales activities are known;

19. Plaintiff demands a jury trial;

**WHEREFORE PLAINTIFF PRAYS AND DEMANDS FOR THE FOLLOWING;**

GRANT THE PRESENT ACTION;

CONDEMN Defendant to pay for damages to Plaintiff the sum of **one billion dollars**.

DATED: March 16, 2009

Respectfully submitted,

MR. TONY COLIDA
750 Montpellier Blvd,
Suite 1210
Saint-Laurent, Quebec,
(Montreal) H4L 5A7,
CANADA

TEL.: 514-512-1888

# United States Patent [19]
## Colida

[11] Patent Number: Des. 321,104
[45] Date of Patent: ** Oct. 29, 1991

[54] PORTABLE CELLULAR HANDSET TELEPHONE

[76] Inventor: Tony Colida, 2672 Bedford Rd., Montreal, Quebec, Canada, H3S-1G1

[**] Term: 14 Years

[21] Appl. No.: 507,185

[22] Filed: Apr. 10, 1990

[52] U.S. Cl. .................. D14/138; D14/147; D14/248

[58] Field of Search ............. D14/147, 148, 138; 379/433; 455/89, 90

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 190,867 | 7/1961 | Mosing | D14/147 |
| D. 255,681 | 3/1980 | Read et al. | D14/147 |
| D. 270,445 | 9/1983 | Chen | D14/147 |
| D. 278,053 | 3/1985 | Menn et al. | D14/147 |
| D. 283,709 | 5/1986 | Williams et al. | D14/147 |
| D. 300,743 | 4/1989 | Zaugg et al. | D14/148 |
| D. 301,874 | 6/1989 | Roegner | D14/147 |
| D. 305,118 | 12/1989 | Pfeifer et al. | D14/148 X |
| D. 311,397 | 10/1990 | Cheng | D14/147 |
| D. 315,347 | 3/1991 | Walker | D14/147 |

*Primary Examiner*—Horace B. Fay, Jr.

[57] CLAIM

The ornamental design for portable cellular handset telephone, as shown and described.

DESCRIPTION

FIG. 1 is a left side elevational view of a portable cellular handset telephone showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a bottom plan view thereof; and
FIG. 5 is a front, top and right side perspective view thereof.




EXHIBIT 1



FIG. 4

FIG. 3

FIG. 2

FIG. 1

EXHIBIT 1

Case: 1:09-cv-01786 Document #: 5 Filed: 06/05/09 Page 6 of 10 PageID #:22

FIG. 5





EXHIBIT 1

Panasonic

> KX-TG6502B



### KX-TG6502B

2-Line, Dual-Handset 5.8 GHz FHSS GigaRange® Supreme Expandable Digital Cordless Phone System with Digital Answering System

Buy this product at a store...
enter zip

To buy direct from Panasonic, or ask questions about your order from Panasonic.com:
**1-800-405-0652**

CustomerService@shop.us.panasonic.com

5.8 GHz Phones FAQs

Call for Support
1-800-211-PANA
(7262).

Contact us online

Compare key features

Compare all 5.8 GHz Phones

overview

### Two-Line Operation Helps You Manage Your Calls
With two-line operation, you can conference in two outside lines to have a three-way conversation. Or place your current call on hold to make another call. Being able to use two phone lines with just one phone makes it convenient and efficient to manage your calls.

### What's Better Than One 5.8 GHz Phone? TWO Panasonic 5.8 GHz Phones!
Now, we've made it easier to enjoy all the benefits of our functional, fashionable and flexible phone systems by putting two in one package. With these 2-in-1 bundle systems you get 1 base unit, 1 charger and 2 handsets. And just like our expandable systems you only need one phone jack to operate both handsets! Plus, the bundle phones use Frequency-Hopping Spread Spectrum technology to ensure great sound, incredible clarity, long range and excellent security from eavesdropping.

### Up to 4 Handsets With Just One Phone Jack
You can put handsets all over your house-in your kid's rooms or even in the garage-without all the messy wiring or complicated setup. With our 5.8 GHz expandable phone systems, you don't need a phone jack for each additional handset-just one for the base unit. So start expanding and forget about all your wiring worries.

### Long Range, Clear Sound, Minimal Interference
Our 5.8 GHz Frequency-Hopping Spread Spectrum technology operates on a different wavelength with much less traffic than the 2.4 GHz technology while maintaining the great security, incredible clarity and long range. Have a wireless computer

Talking Caller ID demo - Learn how talking caller ID allows you to hear who's calling.

Find the right battery for your phone

**Buy Phone Batteries direct**

**Handsets**

**Hands-Free Sets**

**Answering Machine Tapes**

What we're doing to give our products **the leading edge.**

EXHIBIT 2

# -- *President Electronic Limited.*

**Tony Colida**
President

6280 Decarie Blvd.
Suite 811
Montreal, Quebec H3X 2K1
CANADA

Tel: 514-268-8729
Fax: 514-735-8067

Via Telecopier: 201-348-7619

April 6, 2005

PANASONIC ELECTRIC CORPORATION
One Panasonic Way, 3C-1
Secaucus, New Jersey 07094

Attention: Intellectual Property Division

RE: INFRINGEMENT OF U.S. DESIGN PATENT 321,184

Dear Sir or Madame:

This is a notice that your company is infringing my rights under United States Design Patent 321, 184 for a portable handset telephone, Your company is infringing my rights by manufacturing and selling your model number KX-TG 6502B handset telephone.

In view of the above mentioned infringement matter, I am ready to grant Panasonic Electric Corporation a non-exclusive license agreement to use the rights of my U.S. Design Patent No: 321,184 for a lump sum of $1,000,000US. Please call my attorney Mr. Lazar Sarna, at 514-842-4550 to discuss this offer. Please be advised, that if we do not hear from you within ten (10) days of this notice, we will be forced to initiate a patent infringement lawsuit and seek damages as a result of your infringement against Panasonic Electric Corporation without any further notice.

We look forward to hearing from you.

Sincerely,

Tony Colida

cc: Mr. Lazar Sarna, Esq.

EXHIBIT 3

TONY: AS
REQUESTED

735-8067

Tadashi Horie
312-321-4285
Email: thorie@brinkshofer.com

**BRINKS**
**HOFER**
**GILSON**
**& LIONE**

A Professional Corporation

Intellectual Property
Law Worldwide

*via FACSIMILE 514 842 3876*
*CONFIRMATION via MAIL*

**CONFIRMATION COPY**

April 15, 2005

Lazar Sarna, Esq.
SARNA NEUDORFER
4473 St. Catherine, West
Westmount, Quebec Canada

Re:  **U.S. Design Patent No. Des. 321,184**

Dear Mr. Sarna:

    I am responding to the letter dated April 6, 2005 sent by Mr. Colida to Matsushita Electric Corporation of America ("Matsushita"). I am writing to you because Mr. Colida requested that we direct our response to you. Please note that Matsushita Electric Corporation of America is the old name and that the new name of the corporation is now Panasonic Corporation of North America.

    We have reviewed the above-identified U.S. design patent and conducted an investigation as to whether the product you identified may infringe the referenced design patent. We advise you that we find no infringement because of the substantial dissimilarities in the designs. Therefore, Matsushita declines your offer for a license.

    Please be reminded that the Court of Appeals for the Federal Circuit determined in *Colida v. Sharp Electronics Corp.*, 2005 WL 548256 (Fed. Cir.) and *Colida v. Sanyo North America Corp.*, 2004 WL 2853034 (Fed. Cir.)(copies attached thereto) that Mr. Colida's actions are frivolous. In *Sanyo*, the court stated that:

> Colida, in this case, continues his pattern of repeatedly filing meritless infringement complaints and pursuing appeals when the accused designs bear no realistic similarity to his design patents. Such conduct unnecessarily wastes the limited resources of the court.

    In the event of any future action against Matsushita on these or related issues, Matsushita will aggressively defend itself and seek, as appropriate, sanctions against Mr. Colida and his counsel.

EXHIBIT 4

Re: U.S. Design Patent No. Des 321,184
April 15, 2005
Page 2

     Please be advised that Brinks Hofer Gilson & Lione represents Matsushita on this matter. I would therefore ask you and Mr. Colida to direct all of his communications, including letters, faxes and voice messages, to the undersigned attorney.

                                                  Yours very truly,

                                                  Tadashi Horie

TH

cc:    Mr. Yasuhiro Tao (fax only: +81 6 6949 2064)
       Victor Devito, Esq. (fax only: 201 348 7686)