FILED
JUL - 8 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

    PLAINTIFF,

VS.

**PANASONIC CORPORATION
AND
PANASONIC CORPORATION OF NORTH AMERICA,**

    DEFENDANTS.

Case No. 09-cv-1786 (MFK)

Judge Kennelly

## AMENDED COMPLAINT

**PLAINTIFF DECLARES THE FOLLOWING:**

1.    Pro Se Plaintiff, Tony Colida, a citizen of Canada and resides at 750 Montpellier Boulevard, ville Saint-Laurent, (Montreal), Quebec, H4L 5A7, Canada, and Telephone no. (514) 512-1888 and e-mail: tonycolida@hotmail.com;

2.    Plaintiff is a businessman who worked in the field of electronic technologies since 1981. Having worked in the field of wireless communications, Plaintiff developed designs for cellular phones in 1991 or similar articles. Plaintiff registered and was granted by the U.S. Patent and Trademark Office United States Design Patent Nos. Des. 318,050 and 321,184 and 321, 347 and 321,349 all for portable handheld telephones;

3.    Defendant Panasonic Corporation , a publicly traded company and doing business at 5201 Tollview Drive, Rolling Medows, Illinois, 60008, and Defendant Panasonic North America, a wholly-owned subsidiary of Panasonic Corporation and also doing business at 5201 Tollview Drive, Rolling Medows, Illinois, 60008, (hereinafter the "Defendants") ;

4.    At all relevant time, the Defendants transact business by manufacturing ,selling, marketing and producing directly or indirectly themselves and through their distributors including portable handheld telephones and have committed acts of infringement in the United States of America on the Plaintiff's U.S. Design Patent No.: 321,184 for portable handheld telephone and therefore are being sued in this U.S. District Court for the Northern District of Illinois;

5.    This is a lawsuit against the above indentified Defendants in paragraph 3, of a complaint for infringement of Plaintiff's rights under his United States Design Patent No. 321,184 for portable handheld telephone or similar article of manufacture;

6.    Plaintiff is the inventor and owner of the United States Design Patent No. 321,184 for portable handheld telephone;

7. On October 29, 1991, the United States Patent and Trademark Office granted to Plaintiff the United States Design Patent No. 321,184 for a portable handheld telephone and a copy of the same is produced as Plaintiff's Exhibit 1;

8. The said invention consists of a new, original and ornamental design for an article of manufacture for a portable handheld telephone;

9. On or about April of 2005, it came to Plaintiff's attention that the Defendants had already started to manufacture, advertise and sell in the United States of America and else where in the world, a portable handheld telephone, indentified as the Panasonic portable telephone model "KX-TG 6502", a copy is produced as Plaintiff's Exhibit 2;

10. The Defendants' model KX-TG 6502 handheld telephone appropriates the "novel" design incorporated in Plaintiff's United States Design Patent No. 321,184;

11. The Defendants' model KX-TG 6502 handheld telephone has met with enormous and extreme success in the United States of America. Furthermore, the Defendants are making unlawful profits and without any permission or authorization or any compensation to the Plaintiff;

12. Plaintiff has invested all his energy and has invested everthing he owns for the development and promotion and kept a good standing for the validity and enforcement of his United States Design Patent No. 321,184;

13. Plaintiff in his capacity has all proprietary rights under his United States Design Patent No. 321,184 in which was appropriated, stolen, copied and incorporated into Defendants' design of the portable telephone model KX-TG 6502;

14. Notwithstanding any of Plaintiff's rights under his United States Design Patent No. 321,184 for a portable handheld telephone or similar article, the Defendants' since a precise dated unknow to Plaintiff but know to the Defendants have and continue to infringe on Plaintiff's rights under his U.S. Design Patent no. 321,184 by directly or under their control and or authorization and instruction and are making unlawful profits and without any authorization or compensation to the Plaintiff;

15. The sales of the Defendants portable handheld telephone model KX-TG 6502 has and is causing Plaintiff to suffer as well as damages to his rights. Moreover, as a result of the said infringement Defendant is making illegal profits from the appropriation or from stealing Plaintiff's distinctive design in his United States Design Patent No. 321,184 for a portable handheld telephone or similar article;

16. The full extent of the Defendants' infringing activities is unknow to Plaintiff but is know to the Defendants and therefore, Plaintiff claims all acts of infringement by the Defendants in the past, present and future;

17. Plaintiff has gave notice to the Defendants of the infringement and the Defendant has and is willfully, wantonly and deliberately continued to infringe in flagrant disregard of Plaintiff's rights under the law and his United States Design Patent No. 321, 184 and a copy of the notice letter to the Defendants is produced as Plaintiff Exhibit 3;

18. The Defendants have denied any infringement and a copy of a letter from the Defendants' counsel namely Brink Hofer Gilson Lione is produced as Plaintiff's Exhibit 4;

19.     The damages cause by the Defendant for the infringement of Plaintiff's rights under his United states Design Patent no. 321,184 for a portable handheld telephone or similars article and is estimated at one hundred million dollars but reserves all rights to amend the quauntum of damages once the full extent of damages is determined by the Court;

20.     Plaintiff request a jury trial.

WHEREFORE, PLAINTIFF PRAYS TO THE COURT FOR THE FOLLOWING RELIEF;

GRANT THE PRESENT ACTION;

ORDER DEFENDANT TO PAY PLAINTIFF FOR DAMAGES THE AMOUNT OF ONE HUNDRED MILLION DOLLARS.

**I declare under the penalty of purjury that the above is true and correct to the best of my knowledge.**

Dated: July 3, 2009

Respectfully submitted,

*[signature]*

Tony Colida (plaintiff, pro se)
750 Montpellier Boulevard
Suite: 1210
Saint-Laurent, (Montreal)
Quebec, H4L 5A7 CANADA
Telephone no. (514) 512-1888
e-mail: tonycolida@hotmail.com

# The United States of America

## The Commissioner of Patents and Trademarks

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the design throughout the United States of America for the term of fourteen years from the date of this patent.*

*Harry F. Manbeck, Jr.*
Commissioner of Patents and Trademarks

*[signature]*
Attest

EXHIBIT
1

# United States Patent [19]

**Colida**

[11] Patent Number: **Des. 321,184**
[45] Date of Patent: ** Oct. 29, 1991

[54] **PORTABLE CELLULAR HANDSET TELEPHONE**

[76] Inventor: Tony Colida, 2672 Bedford Rd., Montreal, Quebec, Canada, H3S-1G1

[**] Term: 14 Years

[21] Appl. No.: 507,185

[22] Filed: Apr. 10, 1990

[52] U.S. Cl. .................... D14/138; D14/147; D14/248

[58] Field of Search .......... D14/147, 148, 138; 379/433; 455/89, 90

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 190,867 | 7/1961 | Mosing | D14/147 |
| D. 255,681 | 3/1980 | Read et al. | D14/147 |
| D. 270,445 | 9/1983 | Chen | D14/147 |
| D. 278,053 | 3/1985 | Menn et al. | D14/147 |
| D. 283,709 | 5/1986 | Williams et al. | D14/147 |
| D. 300,743 | 4/1989 | Zaugg et al. | D14/147 |
| d. 301,874 | 6/1989 | Roegner | D14/148 |
| D. 305,118 | 12/1989 | Pfeifer et al. | D14/147 |
| D. 311,397 | 10/1990 | Cheng | D14/148 X |
| D. 315,347 | 3/1991 | Walker | D14/147 |

*Primary Examiner*—Horace B. Fay, Jr.

[57] **CLAIM**

The ornamental design for portable cellular handset telephone, as shown and described.

**DESCRIPTION**

FIG. 1 is a left side elevational view of a portable cellular handset telephone showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a bottom plan view thereof; and
FIG. 5 is a front, top and right side perspective view thereof.




EXHIBIT 1




FIG. 4



FIG. 3



FIG. 2



FIG. 1

EXHIBIT 1

*FIG. 5*



EXHIBIT 1



## — President Electronic Limited.

**Tony Colida**
President

6280 Decarie Blvd.
Suite 811
Montreal, Quebec H3X 2K1
CANADA

Tel: 514-268-8729
Fax: 514-735-8067

Via Telecopier: 201-348-7619

April 6, 2005

PANASONIC ELECTRIC CORPORATION
One Panasonic Way, 3C-1
Secaucus, New Jersey 07094

Attention: Intellectual Property Division

RE: INFRINGEMENT OF U.S. DESIGN PATENT 321,184

Dear Sir or Madame:

This is a <u>notice</u> that your company is infringing my rights under United States Design Patent 321, 184 for a portable handset telephone, Your company is infringing my rights by manufacturing and selling your model number KX-TG 6502B handset telephone.

In view of the above mentioned infringement matter, I am ready to grant Panasonic Electric Corporation a non-exclusive license agreement to use the rights of my U.S. Design Patent No: 321,184 for a lump sum of $1,000,000US. Please call my attorney Mr. Lazar Sarna, at 514-842-4550 to discuss this offer. Please be advised, that if we do not hear from you within ten (10) days of this notice, we will be forced to initiate a patent infringement lawsuit and seek damages as a result of your infringement against Panasonic Electric Corporation without any further notice.

We look forward to hearing from you.

Sincerely,

Tony Colida

cc: Mr. Lazar Sarna, Esq.

EXHIBIT 3

*Tony: As Requested*

*735-8067*

Tadashi Horie
312-321-4285
Email: thorie@brinkshofer.com

**BRINKS HOFER GILSON & LIONE**
A Professional Corporation
Intellectual Property
Law Worldwide

*via FACSIMILE 514 842 3876*
*CONFIRMATION via MAIL*

**CONFIRMATION COPY**

April 15, 2005

Lazar Sarna, Esq.
SARNA NEUDORFER
4473 St. Catherine, West
Westmount, Quebec Canada

Re: U.S. Design Patent No. Des. 321,184

Dear Mr. Sarna:

I am responding to the letter dated April 6, 2005 sent by Mr. Colida to Matsushita Electric Corporation of America ("Matsushita"). I am writing to you because Mr. Colida requested that we direct our response to you. Please note that Matsushita Electric Corporation of America is the old name and that the new name of the corporation is now Panasonic Corporation of North America.

We have reviewed the above-identified U.S. design patent and conducted an investigation as to whether the product you identified may infringe the referenced design patent. We advise you that we find no infringement because of the substantial dissimilarities in the designs. Therefore, Matsushita declines your offer for a license.

Please be reminded that the Court of Appeals for the Federal Circuit determined in *Colida v. Sharp Electronics Corp.*, 2005 WL 548256 (Fed. Cir.) and *Colida v. Sanyo North America Corp.*, 2004 WL 2853034 (Fed. Cir.)(copies attached thereto) that Mr. Colida's actions are frivolous. In *Sanyo*, the court stated that:

> Colida, in this case, continues his pattern of repeatedly filing meritless infringement complaints and pursuing appeals when the accused designs bear no realistic similarity to his design patents. Such conduct unnecessarily wastes the limited resources of the court.

In the event of any future action against Matsushita on these or related issues, Matsushita will aggressively defend itself and seek, as appropriate, sanctions against Mr. Colida and his counsel.

**EXHIBIT 4**

Re: U.S. Design Patent No. Des 321,184
April 15, 2005
Page 2

    Please be advised that Brinks Hofer Gilson & Lione represents Matsushita on this matter. I would therefore ask you and Mr. Colida to direct all of his communications, including letters, faxes and voice messages, to the undersigned attorney.

Yours very truly,

Tadashi Horie

TH

cc:  Mr. Yasuhiro Tao (fax only: +81 6 6949 2064)
     Victor Devito, Esq. (fax only: 201 348 7686)



EXHIBIT 4

## CERTIFICATE OF SERVICE

I, Tony Colida, plaintiff pro se, hereby certifies that, on this 3rd day of July 2009, a true and correct copy of the foregoing **Amended Complaint** was served on the Counsel of Record for the Defendants Panasonic Corporation and Panasonic Corp. of North America below via Mail - First Class.

To:

Scott A. Timmerman
Brinks Hofer Gilson & Lione
NBC Tower-Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599
U.S.A.
Tel.: (312) 222-8125

I declare under the penalty of perjury that the above is true and correct.

Dated: July 3, 2009

*[signature]*

Mr. Tony Colida (plaintiff, pro se)
750 Montpellier Boulevard
Suite: 1210
Saint-Laurent, (Montreal)
Quebec, H4L 5A7, CANADA
Telephone No. (514) 512-1888
e-mail: tonycolida@hotmail.com