# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Tony Colida

                          Plaintiff,

v.                                       Case No.: 1:09–cv–01786
                                              Honorable Matthew F. Kennelly

Panasonic Corporation of North America, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2009:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff fails to appear.Motion to appoint counsel [15] is denied without prejudice. Issues on pending motion to dismiss or transfer are not so complex that counsel is required at this time. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.