## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 9/18/2009 |
| **CASE TITLE** | Colida vs. Panasonic Corp., et al. | | |

**DOCKET ENTRY TEXT**

The Court denies plaintiff's application to proceed on appeal *in forma pauperis* [# 21]. Plaintiff is attempting to take an appeal from an order that is not final in that it does not dispose of his case. The order of 9/8/09 simply denied leave to proceed *in forma pauperis*; it did not dismiss or otherwise dispose of the case. For this reason, plaintiff's attempted appeal is frivolous. *See* 28 U.S.C. § 1291.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|