MHN

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1582

TONY COLIDA,

                              Plaintiff-Appellant,

v.

PANASONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION,

                              Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-1786, Judge Matthew F. Kennelly.

# ORDER

**FILED**
Oct 1, 2009
OCT 1 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**ORDER**

On consideration of the notice of appeal filed on September 15, 2009, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the U.S. District Court, Northern District of Illinois rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT:

September 24, 2009

Jan Horbaly
Clerk

cc: Clerk's Office, DCT
Tony Colida
Manish K. Mehta

2009-1582, COLIDA V PANASONIC
DCT - ND/IL, 09-CV-1786



FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEP 24 2009

JAN HORBALY
CLERK