# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 10/5/2009 |
| **CASE TITLE** | Colida vs. Panasonic Corp. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court's order dated 9/8/09, because plaintiff has failed to pay the filing fee, the case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|