UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA
_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

PANASONIC CORP. ET AL.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

09 Civ. 1786 (MFK)
09cv1786

**NOTICE OF APPEAL IN A CIVIL CASE**

**FILED**
JN OCT 2 7 2009
Oct 27, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that TONY COLIDA
_(party)_

hereby appeals to the United States Court of Appeals for the ~~Second~~ FEDERAL – 717 MADISON PL, NW WASHINGTON DC 20439 Circuit from the Judgment DISMISSING THE CASE WITHOUT PREJUDICE
_(describe the judgment)_

entered in this action on the 5 day of 10, 20 09.
_(date)_ _(month)_ _(year)_

Signature

Address: 750 Montpellier #1210

City, State & Zip Code: ST. LAURENT QUEBEC H4L5A7 CANADA

DATED: October 21, 2009

Telephone Number: (514) 512-1888

**NOTE:** To take an appeal, this form must be received by the _Pro Se_ Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 10/5/2009 |
| **CASE TITLE** | Colida vs. Panasonic Corp. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court's order dated 9/8/09, because plaintiff has failed to pay the filing fee, the case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

T.C UNITED STATES DISTRICT COURT T.C.
~~SOUTHERN~~ DISTRICT OF ~~NEW YORK~~
NORTHERN                    ILLINOIS

TONY COLIDA
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

09 civ. 1786 (MFK)

- against -

PANASONIC CORP. ET AL
_____

**AFFIRMATION OF SERVICE**

_____
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, TONY COLIDA, declare under penalty of perjury that I have
      (name)
served a copy of the attached  NOTICE OF APPEAL
                               (document you are serving)

upon MANISH K. MEHTA whose address is 455 N.
     (name of person served)
CITYFRONT PLAZA DR. CHICAGO IL 60611-5599
                (where you served document)

by MAIL
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: Montreal, QC
       (town/city) (state)

Oct 21, 2009
(month) (day) (year)

Signature: [signature]

Address: 750 Montpellier #1210

City, State: ST LAURENT QC

Zip Code: H4L 5A7 CANADA

Telephone Number: (514) 512 1888

Rev. 05/2007