UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

___TONY COLIDA___
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

___PANASONIC CORP. ET AL.___

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

09 Civ. 1786 (MFK)
09cv1786

NOTICE OF APPEAL
IN A CIVIL CASE

**FILED**
J:N OCT 2 7 2009
Oct 27, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that ___TONY COLIDA___
(party)

hereby appeals to the United States Court of Appeals for the ~~Second~~ Circuit from the Judgment
FEDERAL - 717 MADISON PL, NW WASHINGTON DC 20439

___DISMISSING THE CASE WITHOUT PREJUDICE___
(describe the judgment)

entered in this action on the ___5___ day of ___10___, 20 ___09___.
            (date)         (month)       (year)

___[Signature]___
Signature

___750 Montpellier #1210___
Address

___ST. LAURENT QUEBEC H4L5A7___
City, State & Zip Code
CANADA

DATED: ___October 21, 2009___

___(514) 512-1888___
Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 1786 | DATE | 10/5/2009 |
| CASE TITLE | Colida vs. Panasonic Corp. | | |

DOCKET ENTRY TEXT

Pursuant to the Court's order dated 9/8/09, because plaintiff has failed to pay the filing fee, the case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ NORTHERN DISTRICT OF ~~NEW YORK~~ ILLINOIS

TONY COLIDA
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 1786 (MFK)

- against -

PANASONIC CORP. ET AL

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, TONY COLIDA, declare under penalty of perjury that I have
*(name)*

served a copy of the attached NOTICE OF APPEAL
*(document you are serving)*

upon MANISH K. MEHTA whose address is 455 N.
*(name of person served)*

CITYFRONT PLAZA DR. CHICAGO IL 60611-5599
*(where you served document)*

by MAIL
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Montreal, QC
*(town/city)  (state)*

Oct 21, 2009
*(month) (day) (year)*

Signature

Address: 750 Montpellier #1210
City, State: ST LAURENT QC
Zip Code: H4L 5A7 CANADA
Telephone Number: (514) 512 1888

*Rev. 05/2007*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information

United States District Court for the Northern District of Illinois

Type of case : Patent

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

| Plaintiff(s) | Defendant(s) |
|---|---|
| Tony Colida | Panasonic Corporation of North America |

| | |
|---|---|
| Docket No. : 09cv1786 | Date of Judgment/Order: 10/6/2009 |
| Cross/Related Appeal: | Date of Notice of Appeal: 10/27/2009 |

Appellant  (X )     Plaintiff  ( X )           Defendant  ( )         Other(explain) ( )

FEES:
| | |
|---|---|
| Appeals Docket Fee Paid? | _____Yes _____ No |
| U.S. Appeal? | _____Yes __X__ No |
| In Forma Pauperis? | _X___Yes _____ No |

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.  Use separate sheet if necessary.)

| Plaintiff: | Defendant: |
|---|---|
| Tony Colida | Manisha K. Mehta |
| ProSe | Brinks, Hofer, Gilson & Lione |
| 750 Montpellier Blvd. Suite 1210 | 455 North Cityfront Plaza Drive, Suite 3600 |
| St. Laurent, Quebec H 4L 5A7, Canada | Chicago, IL 60611-5599 |
| 514-512-1888 | 312-321-4200 |

COURT REPORTER : L. Brennan   , 312-435-5785

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 10/5/2009 |
| **CASE TITLE** | Colida vs. Panasonic Corp. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court's order dated 9/8/09, because plaintiff has failed to pay the filing fee, the case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

APPEAL, NOLAN, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:09-cv-01786
# Internal Use Only

Colida v. Panasonic Corporation of North America  
Assigned to: Honorable Matthew F. Kennelly  
Case in other court: 09-01582  
Cause: 15:1126 Patent Infringement

Date Filed: 06/05/2009  
Date Terminated: 10/05/2009  
Jury Demand: Defendant  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Tony Colida**  represented by **Tony Colida**  
750 Montpellier Blvd  
Suite 1210  
(Montreal)  
St. Laurent, Quebec H 4L 5A7  
Canada  
(514) 512-1888  
PRO SE

V.

**Defendant**

**Panasonic Corporation of North America**  represented by **Manish K. Mehta**  
Brinks, Hofer, Gilson & Lione  
455 North Cityfront Plaza Drive  
Suite 3600  
Chicago , IL 60611-5599  
(312) 321-4200  
Email: mmehta@usebrinks.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2009 | 1 | RECEIVED Complaint and no copies by Tony Colida (hp, ) (Entered: 03/23/2009) |
| 03/23/2009 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 03/23/2009) |
| 03/23/2009 | 3 | APPLIATION by Plaintiff Tony Colida for leave to proceed in forma pauperis and financial affidavit (Exhibit). (hp, ) (Entered: 03/23/2009) |
| 06/05/2009 | 4 | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to proceed in forma pauperis is granted docket no. 3 . The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for a status hearing on 9/8/09 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). Plaintiff is ordered to appear. If plaintiff fails to appear, the Court may dismiss the case for want of prosecution. Mailed notice (hp, ) (Entered: 06/08/2009) |
| 06/05/2009 | 5 | COMPLAINT filed by Tony Colida; (Exhibits) (hp, ) (Entered: 06/08/2009) |
| 06/08/2009 | | SUMMONS Issued and complaint as to Defendant Panasonic Corporation of North America along with two certified copies of minute order dated 6/5/2009 to U.S. Marshal's Office for service. (hp, ) (Entered: 06/26/2009) |
| 06/18/2009 | 6 | ATTORNEY Appearance for Defendant Panasonic Corporation of North America by Manish K. Mehta (Mehta, Manish) (Entered: 06/18/2009) |
| 06/18/2009 | 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Panasonic Corporation of North America (Mehta, Manish) (Entered: 06/18/2009) |
| 06/18/2009 | 8 | MOTION by Defendant Panasonic Corporation of North America to dismiss *or in the alternative*, MOTION by Defendant Panasonic Corporation of North America to transfer case (Mehta, Manish) (Entered: 06/18/2009) |
| 06/18/2009 | 9 | *Panasonic's* NOTICE of Motion by Manish K. Mehta for presentment of motion to dismiss, motion to transfer case 8 before Honorable Matthew F. Kennelly on 6/30/2009 at 09:30 AM. (Mehta, Manish) (Entered: 06/18/2009) |
| 06/18/2009 | 10 | MEMORANDUM by Panasonic Corporation of North America in |

| | | |
|---|---|---|
| | | support of motion to dismiss, motion to transfer case 8 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mehta, Manish) (Entered: 06/18/2009) |
| 06/24/2009 | 11 | SUMMONS Returned Executed by U.S. Marshals Service as to Panasonic Corporation of North America on 6/22/2009, answer due 7/13/2009. (hp, ) (Entered: 06/26/2009) |
| 06/30/2009 | 12 | MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to dismiss, motion to transfer case 8 is due by 7/28/2009; Reply is due by 8/11/2009. Ruling by mail. (or, ) (Entered: 07/01/2009) |
| 07/08/2009 | 13 | AMENDED Complaint by Tony Colida against Panasonic Corporation, Panasonic Corporation of North America (Exhibits) (Poor Quality Original - Paper Document on File.) (hp, ) (Entered: 07/10/2009) |
| 07/13/2009 | 14 | AFFIRMATION by Plaintiff in Opposition to defendant's motion to dismiss or transfer venue 8 (hp, ) (Entered: 07/16/2009) |
| 07/27/2009 | 15 | MOTION by Plaintiff Tony Colida for appointment of counsel (hp, ) (Entered: 07/29/2009) |
| 07/27/2009 | 16 | NOTICE of Motion by Tony Colida for presentment of motion to appoint counsel 15 before Honorable Matthew F. Kennelly on 8/4/2009 at 09:30 AM. (hp, ) (Entered: 07/29/2009) |
| 08/04/2009 | 17 | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff fails to appear.Motion to appoint counsel 15 is denied without prejudice. Issues on pending motion to dismiss or transfer are not so complex that counsel is required at this time. (or, ) (Entered: 08/04/2009) |
| 08/07/2009 | 18 | REPLY by Panasonic Corporation of North America, Panasonic Corporation to memorandum in opposition to motion 14 *to Dismiss, or in the Alternative, Motion to Transfer* (Attachments: # 1 Exhibit E)(Mehta, Manish) (Entered: 08/07/2009) |
| 09/08/2009 | 19 | MINUTE entry before the Honorable Matthew F. Kennelly: For the reasons stated below, the Court vacates its order of June 5, 2009 granting plaintiff leave to proceed in forma pauperis. Unless plaintiff pays the filing fee in full by September 22, 2009, the Court will dismiss his action without prejudice. The Court enters and continues defendants' motion to dismiss or in the alternativeto transfer. [ For further details see minute order.] Mailed notice (hp, ) (Entered: 09/08/2009) |
| | | |

| | | |
|---|---|---|
| 09/15/2009 | 20 | NOTICE of appeal to Federal Circuit by Tony Colida regarding orders 19 . (gej, ) (Entered: 09/16/2009) |
| 09/15/2009 | 21 | APPLICATION by Plaintiff Tony Colida for leave to appeal in forma pauperis. (Attachments) (gej, ) (Entered: 09/16/2009) |
| 09/16/2009 | 22 | TRANSMITTED to the Federal Circuit the short record on notice of appeal 20 . Notified counsel (gej, ) (Entered: 09/16/2009) |
| 09/18/2009 | 23 | MINUTE entry before the Honorable Matthew F. Kennelly: The Court denies plaintiff's application to proceed on appeal in forma pauperis # 21 . Plaintiff is attempting to take an appeal from an order that is not final in that it does not dispose of his case. The order of 9/8/09 simply denied leave to proceed in forma pauperis; it did not dismiss or otherwise dispose of the case. For this reason, plaintiff's attempted appeal is frivolous. See 28 U.S.C. § 1291. Mailed notice (hp, ) (Entered: 09/18/2009) |
| 10/01/2009 | 24 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 20 ; USCA Case No. 09-1582 (hp, ) (Entered: 10/02/2009) |
| 10/01/2009 | 25 | OFFICIAL COURT Caption from U.S. Court of Appeals for the Federal Circuit (Attachment: # 1 Receipt date of short record)(hp, ) (Entered: 10/02/2009) |
| 10/01/2009 | 26 | ORDER dated 09/24/2009 from the U.S. Court of Appeals for the Federal Circuit regarding notice of appeal 20 ; Appellate case no. : 09-1582. The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion. (See order for detail). (hp, ) (Entered: 10/02/2009) |
| 10/05/2009 | 27 | MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the Court's order dated 9/8/2009, because plaintiff has failed to pay the filing fee, the case is dismissed without prejudice. Civil case terminated. Mailed notice (hp, ) (Entered: 10/06/2009) |
| 10/27/2009 | 28 | NOTICE of appeal by Tony Colida regarding orders 27 .(IFP) (gej, ) (Entered: 11/02/2009) |