

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1582

TONY COLIDA,

Plaintiff-Appellant,

v.

PANASONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-1786, Judge Matthew F. Kennelly.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the U.S. District Court, Northern District of Illinois, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective 11/18/2009.

The Fee is due on 12/04/2009.

FOR THE COURT

Jan Horbaly
Clerk

11/18/2009

cc: Clerk's Office, DCT
Tony Colida
Manish K. Mehta

2009-1582, COLIDA V PANASONIC
DCT - ND/IL, 09-CV-1786

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By:_____ Date:_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2009

JAN HORBALY
CLERK