FILED
7-7-2010
JUL - 7 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA
   PLAINTIFF,

v.

NO: 09-CV-1786 (MFK)

09CV1786

PANASONIC NORTH AMERICA CORPORATION
and PANASONIC CORPORATION,
   DEFENDANTS.

## REPLY BRIEF TO DEFENDANT'S RESPONSE

Please be advised that in reply to Defendant's Response I have never been dishonest with this Court in connection with the merits and my In Forma Pauperis application. In view that the U.S. Court of Appeals affirmed this District Court's dismissal which denied my In Forma Pauperis status. Therefore, I have borrowed including $350.00 (us) dollars to pay for the filing fees in this case from my friend Charles Dray, his telephone number is 514-802-2241. Moreover, please be further advised that Defendant's aguments on the merits and my present poverty are frivolous and malicious. Furthermore Defendant has deceived this Court into believing otherwise. I have also attached a report from the Montreal Jewish General hospital regarding my present health that has been caused from the infringement of my design patent rights. Please be finally advise that, I believe Defendant's clan is somehow interfering with my mail from this Court, because your civil docket clerk namely Ms. Haydee Pawlowski has advised me she mailed the minute that was issued on May 26, 2010, twice, and I never received it by mail as of this date. Therefore, she has e-mailed the minute order to myself. I have advised the Canadian Post of this problem and they are claiming that the problem originates from the United States Post office because they never received it to deliver to myself regardless that this Court has my correct mailing address.

I declare under the penalty of perjury the above is true and correct.

Date: June 23, 2010

Respectfully submitted,

*[signature]*

Mr. Tony Colida (plaintiff, *pro se*)
750 Montpellier Boulevard, suite # 1210
St. Laurent, Quebec, H4L 5A7, CANADA
Tel.: (514) 512-1888
email: tonycolida@hotmail.com

Sir Mortimer B. Davis – Jewish General Hospital
Institute of Community and Family Psychiatry

## SCREENING CLINIC

**Name:** Colida, Tony
**Address:** 750 Montpellier #1210, VSL, Qc H4L 5A7
**Tel:** (514) 315-8542      **Dob:** 1961.09.16

**Screened by:** Dr. P. Ferenczi, Resident
**Supervisor:** Dr. J. Paris
**Date screened:** January 26th, 2009

### IDENTIFICATION:
Mr. Colida is a 47 year old male living alone. He is divorced and has 2 children. He is unemployed for 10 years.

### CHIEF COMPLAINT:
The Family Physician requested an evaluation regarding treatment of Mr. Colida's depression.

### HISTORY AND PRESENTING COMPLAINT:
The patient reports experiencing depressive symptoms since 1998. He says he feels sad and ruminates about his marriage and his parents. He has trouble with sleep, difficulty with concentration, low energy levels, and poor appetite. His primary interest is a lawsuit against Sony regarding a patent infringement of cellular phone technology. This legal pursuit has been ongoing since 1998 and is pending a court decision. He drinks coffee at night time despite difficulty staying asleep. He denies feeling guilty because he "did nothing wrong." He admits to occasional suicidal and homicidal ideation but is adamant that he never made plans nor made attempts. This conflicts with his previous psychiatric emergency presentation. He denies auditory and visual hallucinations.

### PAST MEDICAL HISTORY:
The patient smokes a pack of cigarettes a day. Prior to January 2009, he used marijuana on a daily basis. On average, he drinks 5 cups of coffee a day. He shares a bottle of vodka with a close friend approximately once a week.

### PAST PSYCHIATRIC HISTORY:
Mr. Colida presented to the Jewish General Hospital Emergency Psychiatry in April 2005 because of suicidal and homicidal ideation. He is currently taking Effexor 150mg. He is not followed by a psychiatrist or a social worker.

### FAMILY PSYCHIATRIC HISTORY:
The patient reports that his "mom is crazy."

### PERSONAL HISTORY:
The patient has family in Montreal. He is in contact with his parents who live in Montreal but spend 6 months a year in Greece. He has a sister also but is not in contact with her. He recalls legal trouble at the age of 18 when he and a persuasive friend broke into a house. He received 2 years probation for this incident. Mr. Colida attended trade school and completed a 2 year diploma as an electronic technician.

He knew his wife for 3 years prior to getting married. Together, they have 2 children: a 16 year old daughter and a 13 year old son with autism. Mr. Colida states his wife cheated on him and they subsequently divorced between 1998 and 2000. The patient spent 2 days in jail after his former wife reported he made death threats against her. Also in 1998, the patient reports he was fired from his job for no reason. Since then, he states he is unable to find employment. Mr. Colida is not in close contact with his children and has not seen them for 5 years. He says his closest friend is his lawyer who is currently representing him in his legal pursuits.

**MENTAL STATUS EXAM:**
Mr. Colida presented in a modestly dressed outfit looking his stated age. He was appropriate and cooperative. His speech was of normal rate and volume. His affect was full and mildly labile. His mood was sad. Thought content revolved around legal pursuits, his marriage and his parents. His thought process was illogical. He was not psychotic, suicidal or homicidal. Judgment and insight were poor.

**DIAGNOSIS:**
Axis I: depressive episode, substance related disorder NOS
Axis II: personality disorder NOS,
Axis III: none
Axis IV: no contact with children, unemployment, legal pursuits
Axis V: GAF 40

**FORMULATION:**
Mr. Colida is a 47 year old male who presents with depression symptoms over 10 years. In 1998, the patient divorced his wife after "she cheated on him" and was fired from his job as an electrical technician. Since then, he has been unable to find employment, has not seen his children for 5 years, and his legal pursuits against Sony have stalled in court. His situation is complicated by the use of alcohol, marijuana, and caffeine.

**TREATMENT:**
1. Continue Effexor 150mg.
2. Social Worker to assist with employment opportunities

Peter Ferenczi, MD
Resident

Joel Paris, MD
Supervisor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

    PLAINTIFF,

V.                             CASE NO. 09-CV-1786 (MFK)

PANSONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION

    DEFENDANT.

## PROOF OF SERVICE

I, Mr. Tony Colida (Pro Se Plaintiff), declare under the penalty of perjury that I have served a copy of the attached **Reply Brief** upon the Defendants' counsel Tadashi Horie, from the lawfirm of Brink Hofer Gilson & Lione and whose address is 455 N. Cityfront Plaza Dr. Chicago, Illinois, 60611, U.S.A. by Canadian Mail.

I declare under the penalty of perjury the above is true and correct.

Dated: June 23, 2010

Respectfully submitted,

Mr. Tony Colida (Plaintiff pro se)
750 Montpellier Boulevard
Suite 1210
Saint-Laurent, Quebec
H4L 5A7
CANADA

Tel.: 514-512-1888