IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA
    PLAINTIFF,

v.                                 CASE NO: 09-CV-1786 (MFK)

PANASONIC NORTH AMERICA CORPORATION
and PANASONIC CORPORATION,
    DEFENDANTS.

## PLAINTIFF'S AMENDED REPLY BRIEF TO DEFENDANT'S RESPONSE BRIEF

Your Honor, please be advised that, this is in reply to Defendant's response. I have never been dishonest with this Court in connection with the my In Forma Pauperis application or present poverty or the merits of this case. In view that the U.S. Court of Appeals for the Fedral Circuit simply affirmed this District Court's dismissal in which denied my In Forma Pauperis rights, I have borrowed money including $350.00 (us) dollars to pay for the filing fees in this case from my friend Mr. Charles Dray, Mr. Drays personal telephone number is 514-802-2241. Please be further advised that, Defendant's aguments on the my present financial situation and the merits of this case are untrue, frivolous and malicious. Furthermore, Defendant has deceived this Court and the New Jersey District Court into believing otherwise and as a result, my rights have been denied in connection with my present poverty or my Informa Pauperis status.

Furthermore, Defendant arguements are untrue, frivolous and malicious, because I have initiated lawsuits against Motorola Inc., Samsung Limited, LG Electronics Inc., BenQ of America Inc., Uniden Inc. and Siemens Corporation for the same issue or design patent and the above corporation have all settled and entered into a non-exclusive license agreement for the same issue, to use, manufacture and sell the designs incorporated in my U.S. Design Patents for portable handheld telephones.

This Defendant (Panasonic Corporation) has refused to settle and enter into a non-exclusive license agreement and moreover, is presently illegally, willfully and violating my design patent rights and disregarding that the above corporations have settled and entered into a license agreement with myself.

Your Honor, please be futher advised that, I believe the Defendant's clan is now interfering with my mail from this Court, because your Clerk namely Ms. Haydee Pawlowski has advised me that she mailed out (2) twice, this Court's Minute Order that was issued on May 26, 2010, and as of this date I have not received the Minute Order by mail. Therefore, Ms. Pawlowski was forced to e-mail a copy of this Court's Minute Order to my email address. I have also verified with the Canadian Post Office of this issue and they claimed that they never received the Minute Order document regardless that this U.S. District Court has my correct mailing address on your record.

**I declare under the penalty of perjury the above is true and correct.**

Date: June 28, 2010

Respectfully submitted,

Tony Colida (plaintiff)
750 Montpellier Boulevard,
Suite # 1210
St. Laurent, Quebec, H4L 5A7
CANADA

Tel.: (514) 512-1888
email: tonycolida@hotmail.com

cc: Tadashi Horie
    (Counsel for Panasonic Corp.)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

    PLAINTIFF,

V.                        CASE NO. 09-CV-1786 (MFK)

PANSONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION

    DEFENDANTS.

## PROOF OF SERVICE

I, Mr. Tony Colida (Pro Se Plaintiff), declare under the penalty of perjury that I have served a copy of my attached **Plaintiff's Amended Reply Brief** on the Defendants' lawyer Tadashi Horie, from the lawfirm of Brinks Hofer Gilson & Lione at 455 N. Cityfront Plaza Dr. NBC Tower, Suite 3600, Chicago, Illinois, 60611, U.S.A., by regular mail.

**I declare under the penalty of perjury the above is true and correct.**

Dated: June 28, 2010

Respectfully submitted,

_____
Tony Colida (Plaintiff pro se)
750 Montpellier Boulevard
Suite 1210
Saint-Laurent, Quebec
H4L 5A7, CANADA

Tel.: 514-512-1888
email: tonycolida@hotmail.com