# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 7/21/2010 |
| **CASE TITLE** | Colida vs. Panasonic Corp. of N. Amer. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants Mr. Colida's motion to vacate the earlier order of dismissal without prejudice and to reinstate his case [docket no. 33]. The Court defers filing of a response to the complaint. Mr. Colida is ordered to show cause in writing by no later than August 5, 2010 why judgment should not be entered against him based on the doctrine of claim preclusion, or *res judicata*. Panasonic may file a response to Mr. Colida's submission by no later than August 12, 2010. The Court will rule by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|