FILED
8-4-2010
AUG X 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA,
        Plaintiff,

v.                       Case no. 09-cv-1786 (MFK)

PANASONIC CORP. OF NORTH AMERICA,    09cv1786
        Defendant.

## PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER OF JULY 21, 2010

I Tony Colida, *pro se* plaintiff, declares under the penalty of perjury the following:

Your Honor, this case should not be dismissed by reason of claim preclusion or res judicata, because the New Jersey Court has not or did not decide the issue on the merits of infringement for Des. 321,184 on the Defendant's KX-TG 6502 handheld telephone the New Jersey Court dismissed my refiled case as frivolous or malicious for "repetitious litigation" of my request for in forma pauperis status which that issue was finally affirmed by the U.S. Court of Appeals for the Federal Circuit. Moreover, the Court of Appeals <u>did not</u> declared this case to be frivolous or malicious in their most recent decision. *See* U.S.C.A. May 4, 2010 decision.

<u>I declare under the penalty of perjury that the above is true and correct.</u>

Date: July 29, 2010

Respectfully submitted,

_____
Mr. Tony Colida (*pro se* plaintiff)
750 Montpellier blvd., Suite 1210
St. Laurent, (Montreal) Quebec,
H4L 5A7, Canada
Tel.: (514) 824-2211
Email: tonycolida@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---

TONY COLIDA,

      PLAINTIFF,

V.                              **CASE NO. 09-CV-1786 (MFK)**

**PANSONIC CORP. OF NORTH AMERICA,**

      DEFENDANT.

---

## PROOF OF SERVICE

      I, Mr. Tony Colida (*pro se* plaintiff), declare under the penalty of perjury that I have served a copy of my attached **Plaintiff's Response to this Court's Order of July 21, 2010** on the Defendant's lawyer Tadashi Horie, of the lawfirm of Brinks Hofer Gilson & Lione at 455 N. Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois, 60611, U.S.A., by regular mail.

**I declare under the penalty of perjury the above is true and correct.**

Dated: July 29, 2010

Respectfully,

*(signature)*

Tony Colida (*pro se* plaintiff )
750 Montpellier Boulevard
Suite 1210
Saint-Laurent, Quebec
H4L 5A7, CANADA

Tel.: 514-824-2211
Email: tonycolida@hotmail.com