IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 1 0 2010 NF
8-10-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**TONY COLIDA,**

    Plaintiff,

v.    Case no. 09-cv-1786 (MFK)

**PANASONIC CORP. OF NORTH AMERICA**
**and PANASONIC CORPORATION**
    Defendants.

09cv1786

## AMENDED PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER OF JULY 21, 2010 TO SHOW CAUSE

**I Tony Colida, Plaintiff, declares under the penalty of perjury the following:**

Your Honor, this case should <u>not</u> be dismissed on the grounds of <u>res judicata</u> for the reason that the District Court of New Jersey did not enter a final Judgment on the merits of the issue of infringement of Plaintiff's Patent Des. 321,184 infringed by Defendants' KX-TG 6502 portable telephone and only dismissed my case for repeated litigation or a procedural defect request for in forma pauperis, a copy of Judge Linares order, produced as Plaintiff's Exhibit A. However prior to Judge Linares decision, "Chief Judge Kimba Wood" from the U.S. District Court for the Southern District of New York granted my in forma pauperis status and ruled that this action still appears to be pending in the District Court of New Jersey and a copy of the Chief Jugde Wood from the New York Court's Order is produced as Plaintiff's Exhibit B.

Moreover, the U.S. Court of Appeals for the Federal Circuit did not rule this case to be frivolous or malicious as did District Judge Linares from the New

Jersey Court, neither did the Court of Appeals for the Federal Circuit rule on res judicata in a very recent decision. See U.S.C.A. Fed. Cir.'s decision of May 4, 2010.

Finally, Defendants' assertions of frivolous, malicious and res judicata are in fact frivolous and malicious and are intented to delay the case and to exhaust Plaintiff from pursuing his legitiment claim of infringement of Design Patent no. 321, 184, which is infringed by Defendants' KX-TG 6502 portable phone and, Defendants are attempting to again deceive this Court and therefore, must be held responsible for their actions and frivolous assertions made in their prior filed brief in and with this Honorable U.S. District Court and in other Courts.

<u>I declare under the penalty of perjury under the Law of the United States that the above is true and correct to the best of my knowledge.</u>

DATED: August 2, 2010

Respectfully submitted,

_____
Mr. Tony Colida (pro se plaintiff)
750 Montpellier Boulevard.
Suite: 1210
Saint-Laurent, (Montreal) Quebec,
H4L 5A7, CANADA
Tel.: (514) 824-2211

cc: Tadashi Horie
    Scott A. Timmerman
    Manish K. Mehta
    BRINKS HOFER GILSON & LIONE
    455 North Cityfront Plaza Drive
    NBC Tower - Suite: 3600
    Chicago, Illinois 60611, U.S.A.
    Tel.: (312) 321-4200
    (Attorneys for Defendants)

**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TONY COLIDA | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 09-1316 (JLL) |
| PANASONIC CORP. OF NORTH AMERICA | ORDER |
| Defendants. | |

**LINARES**, District Judge.

This matter comes before the Court upon Plaintiff Tony Colida's ("Plaintiff" or "Colida") March 23, 2009 filing of a Complaint and application to proceed in forma pauperis ("IFP"). Colida alleges that Defendant Panasonic Corporation of North America ("Defendant") has infringed on his design patent (U.S. Patent No. 321,184) in the producing and selling of portable handheld telephones. (Compl. ¶ 3-5.)

Pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1), the Court proceeds to review and screen the complaint. Under those provisions, a court may dismiss a complaint, at any time, if the action is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who retains immunity from such relief. "Repetitious litigation of virtually identical causes of action may be dismissed under § 1915 as frivolous or malicious." Adams v. Legenstein, No. 08-769, 2009 WL 363888, at *2 (D. Del. Feb. 13, 2009) (quoting McWilliams v. Colorado, 121 F.3d 573, 574 (10th Cir. 1997).

In the instant suit, Colida alleges the same facts and allegations as those filed in an


PLAINTIFF'S EXHIBIT A

identical complaint against Defendant by Colida, captioned <u>Colida v. Panasonic Corp. of North America, et al.</u>, Civil Action No. 05-5527 (JAG). In the 05-5527 action, Magistrate Judge Madeline Cox Arleo denied Colida's application to proceed *in forma pauperis*. (Civil Action no. 05-5527, Docket Entry # 43.) On December 12, 2008, Judge Greenaway denied Plaintiff's motion to reconsider Judge Arleo's April 10, 2006 Opinion. (<u>Id</u>., Docket Entry # 64). Currently, Judge Greenaway's decision is on appeal to the Third Circuit.

Now Colida files the same Complaint requesting once again to proceed *in forma pauperis*. That application has already been denied twice. Plaintiff is not entitled to take a third bite at the apple simply by re-filing the application with a different Judge in this Court. Rather, Plaintiff shall await the decision of the Third Circuit regarding his appeal in the 05-5527 case. In this Court, however, his complaint is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B) and § 1915A(b)(1).

Accordingly, **IT IS ON THIS** 31st day of March, 2009,

**ORDERED** that Plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1); and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

José L. Linares
United States District Judge



PLAINTIFF'S EXHIBIT A

JUDGE WOOD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

**07 CIV 4553**

TONY COLIDA,

   Plaintiff,

  -against-           **ORDER OF DISMISSAL**

PANASONIC CORP. OF NORTH AMERICA,

   Defendant.

----------------------------------------X

  Plaintiff, appearing *pro se*, brings a complaint seeking damages due to Defendant's alleged infringement of a patent owned by Plaintiff with respect to the design of a portable handheld telephone. Plaintiff's complaint was received by the Court's *Pro Se* Office on March 6, 2007. Plaintiff's request to proceed *in forma pauperis* is granted and the Clerk of Court is directed to assign a docket number to this action. For the following reasons, however, this action is dismissed without prejudice.

  On May 9, 2005, this Court's *Pro Se* Office received a complaint ("2005 complaint") from Plaintiff wherein he raised claims which appear to be virtually identical to those raised in the complaint which was received by the Court's *Pro Se* Office on March 6, 2007 ("2007 complaint"). The 2005 complaint was filed and docketed in a case in this Court known as Colida v. Panasonic Corp. of North America, No. 05 Civ. 5791 (JSR) (JCF). By order dated November 10, 2005, Colida, No. 05 Civ. 5791 (JSR) (JCF) was transferred to the United States District Court for the District of New Jersey. Colida, No. 05 Civ. 5791 (JSR) (JCF) (S.D.N.Y. Nov. 10, 2005). That action still appears to be pending in the United States District Court for the District of New Jersey. Colida v.

1

*PLAINTIFF'S EXHIBIT B T.C.*

Panasonic Corp. of North America, No. 05 Civ. 5527 (JAG) (MCA) (D.N.J.). Thus, since no useful purpose would be served by the litigation of what appears to be a duplicative 2007 complaint, this action, which is brought due to Plaintiff's 2007 complaint, is dismissed without prejudice. Curtis v. Citibank, N.A., 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general power to administer its docket, a district court may . . . dismiss a suit that is duplicative of another federal court suit."). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-445 (1962).

SO ORDERED.

_____
KIMBA M. WOOD
Chief Judge

Dated: MAY 3 0 2007
New York, New York

2

*Plaintiff's Exhibit B* T.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA,

    PLAINTIFF,

V.                              CASE NO. 09-CV-1786 (MFK)

PANSONIC CORP. OF NORTH AMERICA
AND PANASONIC CORPORATION,

    DEFENDANTS.

## PROOF OF SERVICE

I, Tony Colida (*pro se* plaintiff), declare under the law of penalty of perjury that I have served a true copy of the **Amended Plaintiff's Response to this Court's Order of July 21, 2010 to Show Cause** on the Defendants' attorneys Tadashi Horie, Scott A. Timmerman and Manish K. Mehta of the Lawfirm, Brinks Hofer Gilson & Lione, located at: 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois, 60611, U.S.A., by Mail.

**I declare under the penalty of perjury the above is true and correct.**

DATED: August 2, 2010

Respectfully submitted,

_____
Tony Colida (*pro se* plaintiff )
750 Montpellier Boulevard
Suite: 1210
Saint-Laurent, (Montreal) Quebec
H4L 5A7, CANADA
Tel.: 514-824-2211