**SCOTT A. TIMMERMAN**
(312) 222-8125
email: stimmerman@usebrinks.com

December 21, 2010

Judge Matthew F. Kennelly
Courtroom 2103 | Chambers 2188
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

    **Re:**     **COLIDA v. PANASONIC CORP. OF NORTH AMERICA**
                 **U.S. District Court, Northern District of Illinois**
                 **Case No. 09-1786**

Dear Judge Kennelly:

As counsel for Panasonic, I would like to apprise the Court of the attached correspondence received via email today from the Plaintiff, Mr. Tony Colida.

                                                  Very Truly Yours,

                                                  Scott A. Timmerman

SAT/pd
Enclosure

cc:  Tony Colida

# EXHIBIT A

## Timmerman, Scott

| | |
|---|---|
| **From:** | Tony Colida [tonycolida@hotmail.com] |
| **Sent:** | Tuesday, December 21, 2010 12:04 PM |
| **To:** | Horie, Tadashi; Timmerman, Scott |
| **Subject:** | FW: |

100 MILLION JACKASS!!!!!!!!!!!!!!

---

From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com; thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 14:02:27 -0400

YOUR BOTH CRIMINAL THE APPLE DOES'NT FALL FAR FROM THE TREE>>>>>>>>>>>>>>>>>>>TYCOON

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com; stimmerman@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 13:51:39 -0400

LIKE MY FAVORITE JUDGE JUDY SAYS I AM GOING TO WIPE THE FLOOR WITH YOU WHEN I AM FINISHED, STUPID..........TONY

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:47:11 -0400

SEE YOU IN COURT JACKASS..........................TONY

---

From: tonycolida@hotmail.com
To: tonycolida@hotmail.com
Subject: RE:
Date: Tue, 21 Dec 2010 12:46:12 -0400

JAPANESE PIECE OF SHIT PEOPLE!

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:43:04 -0400

PRESIDENT OBAMA WILL GET TO YOU SOON PANASONIC AND COMPANY!!!!!!!

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:41:04 -0400

YOU STUPID JAPANESE PEOPLE ITS OVER YOU HAVE TO PAY!!!!!!!!!TONY

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:38:59 -0400

THE UNITED STATES CHARGE YOU WITH TERRORISM CONSPIRACY TO COMMIT MURDER ITS OVER!

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:36:05 -0400

STUPID

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com; stimmerman@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:35:04 -0400

WE KNOW YOU WORK WITH THE TERRORIST

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:32:15 -0400


 FUCKEN JAPANESEE YOU THINK I FORGET WHAT YOU TRIED TO DO TO US IN PEARL HARBOUR!!!!

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW:
Date: Tue, 21 Dec 2010 12:29:55 -0400

MR HORIE,

YOU ESPECIALLY I GOING TO EAT YOU FOR BREAKFAST, I HATE YOU.... TONY

---

From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com
Subject:
Date: Tue, 21 Dec 2010 12:26:51 -0400

To: Mr. Timmerman:

I will file charges with the U.S. Bar Association against you. It not your fault, its the people. In the interim, my attorneys are preparing my repose and further action against PANASONIC ET AL>>>> for fraud and conspiracy to commit murder we know the whole story now its over.... Tony

# EXHIBIT B

# Timmerman, Scott

| | |
|---|---|
| **From:** | Horie, Tadashi |
| **Sent:** | Tuesday, December 21, 2010 12:13 PM |
| **To:** | Timmerman, Scott |
| **Subject:** | FW: TONY COLIDA V. PANASONIC corp. |

------------------------------------------
**From:** Tony Colida[SMTP:TONYCOLIDA@HOTMAIL.COM]
**Sent:** Tuesday, December 21, 2010 12:13:49 PM
**To:** Horie, Tadashi
**Subject:** FW: TONY COLIDA V. PANASONIC corp.
**Auto forwarded by a Rule**


From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 12:16:43 -0400


From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com
Subject: RE: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 12:14:35 -0400


 MOREOVER, MY FAMILY IS THE U.S. CONSTITUTION.

From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com; thorie@brinkshofer.com
Subject: FW: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 12:07:13 -0400


From: tonycolida@hotmail.com
To: tonycolida@hotmail.com
Subject: RE: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 12:04:59 -0400


YOU AND YOUR CLIENT IS A WHITE COLLLAR CRIMINAL YOUR DEFENDANT A CRIMINAL NOT IN GOOD FAITH IN BAD!!!!!!!!!!I WILL BE IN MY OFFICE ALL DAY TODAY I HOPE TO HAVE AN OFFER ON MY DESK (EMAIL) TODAY!!!!!!!!!!!!!!!!!!!!!!!!! REMEBER WHAT IS STATED ON THE UNITED STATES DOLLAR!!! IN GOD WE TRUST DON'T BE STUPID.....TONY, LET GO FIFTY MILLION!!!!!!!!!!!!!!!!!!!!!!

P.S. ALL MY COUSINS LIVE IN THE UNITED STATES AND MOREOVER IN CHICAGO MY FAVORITE CITY, MY HUGE FAMILY!

1

From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com
Subject: FW: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 11:43:07 -0400

PLEASE THIS TO MR. TADASHI HORIE:

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 11:36:25 -0400

---

From: tonycolida@hotmail.com
To: tonycolida@hotmail.com
Subject: RE: TONY COLIDA V. PANASONIC corp.
Date: Tue, 21 Dec 2010 11:35:32 -0400

Dear Horie:

Your motion is a joke and frivolous and it will cost your client big time. We have decided that we will be filing a lawsuit and prosecute you and your criminal client for conspiracy and fraud if Panasonic does no settle with us. We know the whole story its over. Again, we work for God  and we are still willing to forgive and settle at this time for one hundred million. However, to save time and the Honorable U.S. Federal Court's resources, we are ready to settle for half which is fifty million.

If you or your client still elect's to continue this kind of criminal and business practice, we will seek the full justice and increase the quantum of damages as you know, in the billions of dollars. Do not elect to fight a battle you and your client already lost. Your problenm is that you and your client do not believe in God thats why you are lost in life, God can move mountains as you know. Its like beating and your trying to save a dead horse. Like Judge Judy would says be smart if life, not stupid and quit while your ahead!

Sincerely,

Tony Colida
Tony Colida

---

From: tonycolida@hotmail.com
To: thorie@brinkshofer.com
Subject: FW: COLIDA V. PANASONIC ET AL.
Date: Mon, 20 Dec 2010 23:06:53 -0400

 Dear Mr. Horie:

Please, I am ready to settle for one hundred million or fair counter offer at this time, before Christmas.

Thank you kindly.

Sincerely,

Tony Colida,
pro se, plaintiff

From: tonycolida@hotmail.com
To: stimmerman@brinkshofer.com
Subject: COLIDA V. PANASONIC ET AL.
Date: Mon, 20 Dec 2010 22:42:49 -0400

DEAR MR. TIMMERMAN:

I AM PREPARING MY OPPOSITION AND MY COUNTER MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT. MR. TIMMERMAN, IN GOOD FAITH, $100 MILLION DOLLARS OR A FAIR COUNTER OFFER BEFORE CHRISTMAS. TONY COLIDA