## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLIDA,<br><br>        Plaintiff,<br><br>        v.<br><br>PANASONIC CORP. OF NORTH AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO.:   09-1786<br><br>   Judge Matthew F. Kennelly<br><br>   Magistrate Judge Nan R. Nolan |

## NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT

To:    Tony Colida
           750 Montpellier Blvd, Suite 1210
           St. Laurent, District of Montreal
           Quebec H4L 5A7 CANADA

       PLEASE TAKE NOTICE THAT on December 14, 2010, defendant Panasonic of North America, through its counsel, filed a Motion For Summary Judgment of Non-Infringement and Panasonic's Renewed Motion for Sanctions. The following information is being provided per N.D. Ill. Local Rule 56.2:

## NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT

       The defendant has moved for summary judgment against you. This means that the defendant is telling the judge that there is no disagreement about the important facts of the case.The defendant is also claiming that there is no need for a trial of your case and is asking the judge to decide that the defendant should win the case based on its written argument about what the law is.

       In order to defeat the defendant's request, you need to do one of two things: you need to show that there is a dispute about important facts and a trial is needed to decide what the actual facts are or you need to explain why the defendant is wrong about what the law is.

       Your response must comply with Rule 56(e) of the Federal Rules of Civil Procedure and Local Rule 56.1 of this court. These rules are available at any law library. Your Rule 56.1

statement needs to have numbered paragraphs responding to each paragraph in the defendant's statement of facts.  If you disagree with any fact offered by the defendant, you need to explain how and why you disagree with the defendant.  You also need to explain how the documents or declarations that you are submitting support your version of the facts.  If you think that some of the facts offered by the defendant are immaterial or irrelevant, you need to explain why you believe that those facts should not be considered.

In your response, you must also describe and include copies of documents which show why you disagree with the defendant about the facts of the case.  You may rely upon your own declaration or the declarations of other witnesses.  A declaration is a signed statement by a witness.The declaration must end with the following phrase:  "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct," and must  be dated.  If you do not provide the Court with evidence that shows that there is a dispute about the facts, the judge will be required to assume that the defendant's factual contentions are true, and, if the defendant is also correct about the law, your case will be dismissed.

If you choose to do so, you may offer the Court a list of facts that you believe are in dispute and require a trial to decide.  Your list of disputed facts should be supported by your documents or declarations.  It is important that you comply fully with these rules and respond to each fact offered by the defendant, and explain how your documents or declarations support your position. If you do not do so, the judge will be forced to assume that you do not dispute the facts which you have not responded to.

Finally, you should explain why you think the defendant is wrong about what the law is.

Respectfully submitted,

PANASONIC CORPORATION OF NORTH AMERICA

DATED: January 11, 2011

/s/  Scott A. Timmerman
Tadashi Horie
Scott A. Timmerman
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, Illinois  60611-5599
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

*Attorneys for Defendant*,
PANASONIC CORPORATION OF NORTH
AMERICA

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on this 11th day of January in 2011, a true and correct copy of the foregoing NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT was served on the below individual via U.S. Mail – First Class.

Tony Colida
750 Montpellier Blvd, Suite 1210
St. Laurent, District of Montreal
Quebec H4L 5A7 CANADA


/s/  Scott A. Timmerman
BRINKS HOFER GILSON & LIONE