IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,
        Plaintiff,

CASE NO. 09-C-1786 (MFK)

v.

PANASONIC CORP. OF NORTH AMERICA
and PANASONIC CORPORATION,
        Defendants.

## AFFIRMATION OF PLAINTIFF (TONY COLIDA)'S RESPONSE TO THIS COURT'S ORDER OF DECEMBER 22, 2010 TO SHOW CAUSE

**Plaintiff *pro se*, declares under the penalty of perjury that the following is true and correct:**

Plaintiff, herewith excuses himself to this Honorable Court for writing to Defendant's attorneys abusive e-mails and declares it will never happen again. However, I wrote these e-mail letters in <u>response</u> to Defendant's attorney namely Scott Timmerman <u>threatening</u> telephone conversation towards myself during our settlement efforts that failed, because I <u>did not</u> accept his offer of $50,000. (fifty thousand dollars), Mr. Timmerman, threaten me by saying "that if I do not accept the offer of $50,000., they will make me <u>bleed</u> to death in Court".

Please be advised that, in connection with Defendant's Motion for Summary Judgment and Sanctions, I have objected to their Motions because it is <u>not</u> in compliance to this Court's local rule LR56.2. In view that my objection will be granted by the Court because Defendant's did not comply with this Court's local rule LR56.2, their is no need for a hearing on January 11, 2011 for Defendant's motion. Finally, Your Honor, we do have a scheduled status hearing in open Court for February 24, 2011 @ 9:30a.m. Attached is a copy of my objection.

<u>I declare under the penalty of perjury that the above is the true and correct.</u>

DATED: December 31, 2010
Respectfully submitted,

_____
Tony Colida (plaintiff, *pro se*)
750 Montpellier Boulevard., Suite -1210
Saint-Laurent, QC, H4L5A7, CANADA
Tel: (514) 824-2211

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA, Plaintiff,

CASE NO. 09-C-1786 (MFK)

v.

PANASONIC CORP. OF NORTH AMERICA
and PANASONIC CORPORATION,
Defendants.

## AFFIRMATION OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILING TO PROVIDE AND OR SERVE A COPY OF THE NOTICE TO PRO SE LITIGANTS OPPOSING SUMMARY JUDGMENT AS REQUIRED BY LAW OR THIS COURT'S LOCAL RULES (LR56.2)

Plaintiff pro se, declares under the penalty of perjury that the following is true and correct:

Plaintiff pro se herewith objects to Defendants' Motion for Summary Judgment because Defendants failed to serve with their Motion for Summary Judgment and Sanctions the "Notice To Pro Se Litigants Opposing Summary Judgment" as required by law and or this Court's local rules LR56.2. *Please see*, Defendants' Motion for Summary Judgment and Sanctions filed with this Court on December 14, 2010.

I declare under the penalty of perjury that the above is the true and correct.

DATED: December 27, 2010

Respectfully submitted,

/s/

Tony Colida
Plaintiff, *pro se*
750 Montpellier Boulevard.,
Suite -1210
Saint-Laurent (Montreal) Quebec,
H4L5A7, CANADA
Tel: (514) 824-2211

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA,

    PLAINTIFF,

V.

    CASE NO. 09-C-1786 (MFK)

PANSONIC CORP. OF NORTH AMERICA
AND PANASONIC CORPORATION,

    DEFENDANTS.

## PROOF OF SERVICE

I, Tony Colida (plaintiff *pro se*), declare under the law of penalty of perjury that I have served a true copy of the **Affrimation of Plaintiff Response to this Court order of December 22, 2010 to Show Cause** on Defendants' Attorney **Scott A. Timmerman** from the firm of Brinks Hofer Gilson & Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois, 60611, by mail.

**I declare under the penalty of perjury the above is true and correct.**

DATED: December 31, 2010

Respectfully submitted,

*(signature)*

Tony Colida (*pro se* plaintiff)
750 Montpellier Blvd., Suite 1210
Saint-Laurent, (Montreal) Quebec,
H4L 5A7, CANADA
Tel.: 514-824-2211

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA,

    PLAINTIFF,

V.

    CASE NO. 09-C-1786 (MFK)

PANSONIC CORP. OF NORTH AMERICA
AND PANASONIC CORPORATION,

    DEFENDANTS.

## PROOF OF SERVICE

I, Tony Colida (plaintiff *pro se*), declare under the law of penalty of perjury that I have served a true copy of the **Affrimation of Plaintiff Response to this Court order of December 22, 2010 to Show Cause** on Defendants' Attorney **Scott A. Timmerman** from the firm of Brinks Hofer Gilson & Lione, 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, Illinois, 60611, by mail.

**I declare under the penalty of perjury the above is true and correct.**

DATED: December 31, 2010

Respectfully submitted,

Tony Colida (*pro se* plaintiff)
750 Montpellier Blvd., Suite 1210
Saint-Laurent, (Montreal) Quebec,
H4L 5A7, CANADA
Tel.: 514-824-2211