

**FILED**
JAN 2 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY COLIDA,
    Plaintiff,

v.    Case No. 09 C 1786 (MFK)

PANASONIC CORP. OF NORTH AMERICA
and PANASONIC CORPORATION,
    Defendants.

## SECOND AMENDED AFFIRMATION IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SANCTIONS FOR FAILING TO PROVIDE AND SERVE A COPY OF THE NOTICE TO PRO SE LITIGANTS OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE LR56.2 AND FAILING TO PROVIDE AND SERVE A SEPARATE STATEMENT OF UNDISPUTED FACTS AS REQUIRED BY LOCAL RULE LR56.1

Plaintiff (Tony Colida), respectfully submits his *objection* to Defendants (Panasonic Corp. of North America and Panasonic Corporation)'s motion for summary judgment and sanctions filed with this Honorable Court on December 14, 2010. The reasons of my objection are: 1) the motion fails to included the "Notice to pro se litigants opposing Motion for Summary Judgment" as required by this Court's local LR56.2. 2) the motion fails to include the "Separate Statement of undisputed facts" as required by this Court's local rule LR56.1. 3) the motion fails to meet its "burden". *Please see*, under Schieding v. Dinwiddie Construction Company (1999) 69 Cal.App.4th 64.

Moreover, Plaintiff need not submit any evidence in opposition to a motion for summary judgment that fails to meet its burden in the first instance and, in any event, Plaintiff's evidence creates a triable issue.

In view of the above reasons, Plaintiff respectfully *object* to Defendants' Motion for Summary Judgment and Sanctions and request from this Honorable United States District Court for a continuance to conduct further discovery in this case.

**I declare under the penalty of perjury under the Law of the United States that the above is the true and correct to the best of my knowledge.**

DATED: January 13, 2011

Respectfully submitted,

_____
Mr. Tony Colida (*plaintiff, pro se*)
750 Montpellier Boulevard, suite -1210
Saint-Laurent, Quebec, H4L5A7 CANADA
Tel: (514) 824-2211
Email: tonycolida@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONY COLIDA,**

   **PLAINTIFF,**

**V.**              **CASE NO. 09-C-1786 (MFK)**

**PANSONIC CORP. OF NORTH AMERICA
AND PANASONIC CORPORATION,**

   **DEFENDANTS.**

## CERTIFICATE OF SERVICE

 I, Tony Colida (plaintiff *pro se*), declates and states that I have served a true copy of the **Second Amended Affirmation In Support Of Plaintiff's Objection To Defendants' Motion For Summary Judgment and Sanctions** to Defendants counsel Scott A. Timmerman, Esq., at: 455 North Cityfront Plaza Drive. NBC TOWER, Suite 3600, Chicago, Illinois, 60611 USA, by **MAIL.**

I declare under the penalty of perjury the above is true and correct.

DATED: January 13, 2010

Respectfully submitted,

*[signature]*

**Mr. Tony Colida**
(plaintiff, pro se )
750 Montpellier Blvd., Suite 1210
Saint-Laurent, Quebec, H4L 5A7
CANADA
Tel.: 514-824-2211
Email: tonycolida@hotmail.com