# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 2/8/2011 |
| **CASE TITLE** | Colida vs. Panasonic Corp. of N. Amer., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's request to appear at the February 24, 2011 evidentiary hearing by telephone is denied. Plaintiff has offered no viable basis to support a claim that his safety somehow would be at risk were he to attend the court session. The Court will not entertain any further requests by plaintiff to avoid a personal appearance in court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|