# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1786 | **DATE** | 5/3/2011 |
| **CASE TITLE** | Colida vs. Panasonic Corp. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the Memorandum Opinion and Order, judgment is entered dismissing this case with prejudice. All pending motions and schedules are to be terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|