# United States District Court
## Northern District of Illinois
### Eastern Division

Colida                                               **JUDGMENT IN A CIVIL CASE**

              v.                                           Case Number: 09 C 1786

Panasonic

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

                                                      Michael W. Dobbins, Clerk of Court

Date: 5/3/2011                                   _____
                                                         /s/ Olga Rouse, Deputy Clerk