UNITED STATES DISTRICT COURT
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

**FILED**
JUN 1 3 2011
JUN 13 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
Clerk

OFFICE OF THE CLERK

U. S. FEDERAL COURT OF APPEALS
717 Madison Place N.W.
Washington, D.C. 20439

**RECEIVED**
JUN -9 2011
United States Court of Appeals
For The Federal Circuit

RE: Colida v. Panasonic Corp of North America

U.S.D.C. DOCKET NO. 09cv1786

U.S. FEDERAL COURT NO. 11-1423

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUN -9 2011
JAN HORBALY
CLERK

Dear Clerk:

    I am sending you herewith the short record on appeal consisting of the Notice of Appeal, Federal Circuit Appeal Information Sheet, copy of FRAP 3 (d) letter, copy of docket and copy of appealed order.

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

MICHAEL W. DOBBINS, CLERK

/s/G. Lewis
(Deputy Clerk)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2011-1423 - COLIDA V PANASONIC CORP

**Date of docketing:** 06/09/2011

**Appeal from:** United States District Court / Northern District of Illinois
case no. 09-CV-1786

**Appellant(s):** Tony Colida

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. *(Due within 14 days of the date of docketing.)* See Fed. Cir. R. 47.3.
- Certificate of interest. *(Due within 14 days of the date of docketing.)* See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Northern District of Illinois
Tony Colida
Scott A. Timmerman

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2011-1423

TONY COLIDA,

              Plaintiff-Appellant,

v.

PANASONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION,

              Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-1786, Judge Matthew F. Kennelly.

Authorized Abbreviated Caption[2]

COLIDA V PANASONIC CORP, 2011-1423

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.