**FILED**
**JUN 13 2011**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

    PLAINTIFF,

V.                       CASE NO. 09 C 1786 (MFK)

PANASONIC CORPORATION, ET AL.,

    DEFENDANTS.

## AMENDED NOTICE OF APPEAL AND MOTION WITH FINANCIAL AFFIDAVIT FOR PERMISSION TO APPEAL IN FORMA PAUPERIS STATUS

Notice is hereby given that pro se Plaintiff Tony Colida hereby **Appeals** to the United States Court of Appeals For The Federal Circuit locate 717 Madison Place, NW, Washington, DC 20439, from the Motion for Reconsideration dated May 24, 2011 in connection with the Judgment entered by this Court dismissing this case with prejudice and was entered on May 3, 2011. Also pro se Plaintiff, moves with financial affidavit for permission to Appeal in forma pauperis status.

DATED MAY June 7, 2011

Respectfully submitted,

[signature]

Mr. Tony Colida (Plaintiff pro se)
750 Montpellier Boulevard
Suite 1210
District of Montreal
St. Laurent, Quebec H4L 5A7, Canada
Tel.: (514) 566-4160
Email: tonycolida@hotmail.com

# FORM 4.
## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
United States District Court for the
Northern District of Illinois

Tony Colida ]
]
v. ] Case No. 09 C 1786(MFK)
Panasonic Corp. ]
]

RECEIVED
JUN 1 3 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]    Date: 7 JUNE 2011

My issues on appeal are: INFRINGEMENT | WRONGFUL DISMISSAL

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |

| | | | | |
|---|---|---|---|---|
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $898.08 | $0 | $898.08 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $898.08 | $0 | $898.08 | $0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| BELL MOBIBTY | — | 1999 | 2000.00 |
| — | — | — | — |
| — | — | — | — |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | — | — | — |

_____  _____  _____  _____
—                       —                       —                       —
_____  _____  _____  _____
—                       —                       —                       —

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NATIONAL BANK | | | N/A |
| — | | | — |
| | | | |
| — | | | — |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | | Make & year: _____ |
| | | Model: _____ |
| | | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | | |
| Model: | | |
| Registration # | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |
| — | — | — |
| | | |
| | | |
| — | — | — |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $600 | $0 |
| Are real estate taxes included? [✓] Yes [ ] No | | |
| Is property insurance included? [✓] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | $200 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry-cleaning | $0 | $0 |
| Medical and dental expenses | $0 | $0 |
| Transportation (not including motor vehicle expenses | $0 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $0 |

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): | $ ~~~~ | $ 0 |
| Total monthly expenses: | $ ~~~~ | $ ~~~~ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
[ ] Yes [✓] No If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes [ ] No If yes, how much? $ _____ If yes, state the attorney's name, address, and telephone number:

_____
_____
_____
_____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? [ ] Yes [✓] No If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:
NO
_____

_____

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.

750 MONTPELLIER BLVD
SUITE 1210
ST LAURENT QC H4L 5A7

_____

_____

Your daytime phone number: 514 566 4160

Your age: 49    Your years of schooling: 14

Last four digits of your social-security number : 6275

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TONY COLIDA,

       PLAINTIFF,

V.                                CASE NO. 09 C 1786 (MFK)

PANASONIC CORPORATION ET AL.,

       DEFENDANTS.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE THAT, PRO SE PLAINTIFF (MR. TONY COLIDA), HEREBY CERTIFIES THAT HE HAS SERVED A COPY OF THE ATTACHED **NOTICE TO APPEAL AND MOTION WITH FINANCIAL AFFIDAVIT TO APPEAL IN FORMA PAUPERIS STATUS FROM THE MAY 24, 2011 MOTION FOR RECONSIDERATION IN CONNECTION WITH THE JUDGMENT OF MAY 3, 2011** ON DEFENSE COUNSEL SCOTT A. TIMMERMAN FROM BRINKS HOFER GILSON & LIONE, AT 455 NORTH CITYFRONT PLAZA, SUITE 3600, CHICAGO, ILLINOIS, 60611-5599, BY REGULAR MAIL.

DATED: JUNE 7, 2011

RESPECTFULLY SUBMITTED,

*[signature]*

TONY COLIDA, (PLAINTIFF, pro se )
750 MONTPELLIER BLVD., SUITE 1210
DISTRICT OF MONTREAL
SAINT-LAURENT, QUEBEC
H4L 5A7, CANADA
TEL.: (514) 566-4160
E-MAIL: tonycolida@hotmail.com