

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W.  DOBBINS**
         **CLERK**                                                                 **312-435-5698**

June 23, 2011


U.S. Court of Appeal for the Federal Circuit
National Courts Building
717 Madison Place N.W.
Washington, D.C. 20439

Re:             Tony vs. Panasonic Corp., et al.,
USDC No:      09cv1786 - Judge   Matthew F. Kennelly

Dear Clerk:

Enclosed is a certified copy of minute order for the above case entered by
Honorable Judge Matthew F. Kennelly on 6/22/2011.


Please acknowledge receipt on the enclosed copy of this letter.


                                        Sincerely yours,


                                        MICHAEL W. DOBBINS, CLERK


                                        By:     Haydee Pawlowski
                                                Deputy Clerk